**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Manuel SILVA–QUESADA,**
**Defendant–Appellant.**

No. 09–10142.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 21, 2010.

Erika R. Frick, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Erik G. Babcock, Law Office of Erik G. Babcock, Oakland, CA, for Defendant–Appellant.

Juan Manuel Silva–Quesada, San Jose, CA, pro se.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Juan Manuel Silva–Quesada appeals from his 46–month sentence imposed following his guilty-plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Silva–Quesada contends that the district court committed procedural error by failing to address his arguments for a lower sentence due to his "cultural assimilation." The record reflects that the district court listened to the argument, and "then simply found the circumstances insufficient to warrant" a lower sentence. *See United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1054 (9th Cir.2009).

**AFFIRMED.**